<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLANE FRIEST, *individually and on behalf of a class of similarly situated individuals*,<br>　　　　　　Plaintiff,<br><br>v.<br><br>LUXOTTICA GROUP S.P.A.; LUXOTTICA USA, LLC; LUXOTTICA RETAIL NORTH AMERICA, INC.; THE UNITED STATES SHOE CORP. t/a LENSCRAFTERS; JOHN DOES 1-5; and ABC CORPS 6-10,<br>　　　　　　Defendants. | Civil Action No. 2:16-cv-03327-SDW-LDW<br><br>**ORDER**<br><br>December 16, 2016 |

**WIGENTON,** District Judge.

This matter, having come before this Court on the Motion to Dismiss of Defendants Luxottica Group S.p.A.; Luxottica USA, LLC; Luxottica Retail North America, Inc.; and The United States Shoe Corp. t/a LensCrafters; pursuant to Federal Rule of Civil Procedure 12(b)(6); and this Court having considered the parties' submissions; for the reasons stated in this Court's Opinion dated December 16, 2016;

**IT IS** on this 16th day of December, 2016,

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further;

**ORDERED** that Count I is **DISMISSED** with prejudice and Counts II-VI are **DISMISSED** without prejudice.

s/ *Susan D. Wigenton*　　　　　
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

1

Orig:      Clerk
cc:        Leda D. Wettre, U.S.M.J.
           Parties